1 **KRIS J. KRAUS**
California Bar No. 233699
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 Facsimile: (619) 687-2666
Kris_Kraus@fd.org
5

6 Attorneys for Defendant

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            )   Case No.  08MJ1326
                                        )
11          Plaintiff,                   )
                                        )
12 v.                                    )   **NOTICE OF ATTORNEY APPEARANCE**
                                        )
13 GILDARO CARVENTE-PALAPA,             )
                                        )
14          Defendant.                   )
                                        )
15 _____ )

16      Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

17 J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

18 above-captioned case.

19                              Respectfully submitted,

20

21 Dated:  May 1, 2008              /s/ Kris J. Kraus
                                 **KRIS J. KRAUS**
22                               Federal Defenders of San Diego, Inc.
                                 Attorneys for Defendant
23                               Kris_Kraus@fd.org

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3  information and belief, and that  a copy of the foregoing document has been served this day upon:

4  U S Attorneys Office Southern District of California
   880 Front Street
5  Room 6293
   San Diego, CA 92101
6  (619)557-5610
   Fax: (619)557-5917
7  Email: Efile.dkt.gc2@usdoj.gov

8

9  DATED:  May 1, 2008                               */s/ Kris J. Kraus*
                                                      **KRIS J. KRAUS**
10                                                    Federal Defenders of San Diego, Inc.
                                                      Kris_Kraus@fd.org
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2